IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:17-cr-203-DPM-6

SEQUOIA C. INGRAM                                           DEFENDANT

ORDER

Motion for summons, *Doc. 647*, granted. The Court directs the Clerk to issue a summons for Sequoia C. Ingram. The Court will hold a hearing on the motion to revoke Ingram's supervision at 3:30 p.m. on 11 May 2022. Ingram must appear. Pursuant to the Criminal Justice Act and this Court's CJA Plan, the Court appoints Joseph Robert Perry to represent Ingram during this proceeding.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2022